STEVEN M. PALMER
#H46989 /C1-114 Low
SALINAS VALLEY STATE PRISON
P.O. BOX 1050
SOLEDAD CALIFORNIA 93960

CIVIL RIGHTS COMPLAINT
42 USC 1983 PURSUANT TO
28 USC 2201 & 2202

E-filing

C08-1116 PJH

# UNITED STATE DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

STEVEN M. PALMER
    PLAINTIFF,

VS.

SALINAS VALLEY STATE PRISON
MEDICAL STAFF (JOHN DOE), et al.,
AND MEDICAL DIRECTOR, et al.,
    DEFENDANT'S,

07-0514-LJO-WMW
MOTION TO AMEND FIRST AMENDED
COMPLAINT SUBSTITUTION OF
DEFENDANTS MEDICAL CLAIMS
FEDERAL RULES CIVIL PROCEDURE
#15a

To the Court Judge:(William M. Wunderlich) and cLeck...Please Take notice.

This is not the The "First Amended Complaint" but what it is... is a letter to the Court or Judge: William M. Wunderlich, asking for a extension for reasons beyond my control.

The plaintiff, at this time would like to ask the court for a extension of time to file or refile the order granted by your Court, (Judge William M. Wunderlich). granting "first motion to extend time to file amended complaint". The first amended Complaint was drafted out by the plaintiff, week's prior to this request. The very day after writing out the Complaint the Prison went on lock-down due to an assult and death of a inmate. I the Plaintiff, was not able after that time to reach the law library to make copies of the amended Complaint, so, I would be able to send the court (2) copies and keep the original.

The prison has a system where a inmate can mail legal materials in to the "law library" if on lock down. and if the inmate has a Dead-line ("due Date") it would be or should be sent back A.S.A.P. THIS IS WHAT I the Plaintiff, has done "but" week's ago and I have been waiting ever since. Todaysdate is: 5-22-08 and was able to finally have access to the law library

where I the Plaintiff, inquired about the whereabouts of my legal material that was sent there weeks earlier. the law librarian said "it was not there and to check with the officers in my building." she also said the mailroom workers might be the problem, "Lazy". The plaintiff, now assume the worse! should of known not to give a "Correctional officer" a unsealed envelope where he/she could read the contents and throw it to the trash (Assuming only) Hopefully the Correction officer, that recieved the mail from me didn't read And toss it or has nothing to do with the fact I have "no, Amended Complaint" to send to the Court: Judge (William M. Wunderlich) or to the Clerk. of the Court. . . .

So, in this letter the plaintiff, ask the court to grant 60 to 90 days extension... due to the circumstances that is truely beyond any control of the Plaintiff (Steven M. Palmer).
Prison is still on "lock down". Prisons only have access to the law library while on lock down only once every other week, it seem's... Plus, the mailroom might just be lazy or late with its mailing service and before trying to draft out another (10) page amended complaint, I need time: 60 to 90 days if it is possible by the court: (William M. Wunderlich, Judge)
Sincerely
5/22/08
Steven M. Palmer

Steven M. Palmer, H46989
Salinas Valley State Prison
P.O. Box 1050
Soledad, California
93960-1050

OFFICE OF THE CL[ERK]
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

[OFFICIAL BUSINESS]

STATE PRISON
GENERATED MAIL

UNITED STATES POSTAGE
$00.42
PITNEY BOWES
MAILED FROM ZIP CODE 93960